# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FRANCISCO JAVIER TOVAR BLANCO,

    Plaintiff,

v.                                                                                          Case No. 6:22-cv-01839-CEM-LHP

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.,

    Defendant.

_____

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, FRANCISCO JAVIER TOVAR BLANCO, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, FIRST ADVANTAGE BACKGROUND SERVICES CORP., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 12th day of December, 2022, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ Octavio Gomez_____
Octavio "Tav" Gomez, Esquire
FL BAR #: 0338620
The Consumer Lawyers, PLLC
412 E. Madison St. Ste 916
Tampa, FL 33602
Tele: 813-299-8537
Fax:  844-951-3933
tav@theconsumerlawyers.com
jason@theconsumerlawyers.com
Attorney for Plaintiff